

Fish & Richardson P.C.
12390 El Camino Real, Suite 100
San Diego, CA 92130

858 678 5070 main
858 678 5099 fax

**Seth M. Sproul**
Principal
sproul@fr.com
858 678 4343 direct

<u>**VIA CM/ECF**</u>

December 29, 2022

Clerk of Court
United States Court of Appeals for the
Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re:   *Columbia Sportswear North America, Inc. v. Seirus Innovative Accessories, Inc.*
        USCA Fed. Cir. Case No. 21-2299, -2338

Dear Clerk of Court:

Defendant-Cross-Appellant Seirus Innovative Accessories, Inc. ("Seirus") submits this letter of intent to display visual aids at the oral argument before this Court taking place on January 12, 2023.

Seirus intends to display the following physical exhibits used in the 2021 patent remand trial:

- Exhibit 1407 – Product Sample – Seirus HeatWave Fabric
- Exhibit 1417 – Product Sample – Seirus HeatWave BURST Glove
- Exhibit 1437 – Product Sample – Seirus Heatwave ACCEL Glove

Very truly yours,

*[signature]*

Seth M. Sproul
*Counsel for Seirus Innovative Accessories, Inc.*



# CERTIFICATE OF INTEREST

Counsel for Defendant-Cross-Appellant Seirus Innovative Accessories, Inc. ("Seirus") certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

   **Seirus Innovative Accessories, Inc.**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

   **None**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   **None**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   **Fish & Richardson P.C.:  Oliver J. Richards, Michael A. Amon, Garrett K. Sakimae, Craig Countryman**

   **Markowitz Herbold PC:  Harry Wilson, Renee Rothauge**

   **Troutman Sanders LLP:  Paul McGowan, Lisa D. Hardie, Matthew D. Murphy, Alison A. Grounds, Eric Jaegers, Anup M. Shah**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

   **None**

6. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

   **None**

December 29, 2022                    */s/ Seth M. Sproul*
                                     Seth M. Sproul