

December 29, 2022

Nika Aldrich
Admitted to practice in Oregon,
Washington and New York
T: 503-796-2494
C: 206-778-9678
naldrich@schwabe.com

**VIA CM/ECF**

Clerk of Court
United States Court of Appeals for the
Federal Circuit
717 Madison Place, NW
Washington, DC 20439

RE: Columbia Sportswear North America, Inc. v. Seirus Innovative Accessories, Inc.
USCA Fed. Cir. Case Nos. 21-2299, -2338

Dear Clerk:

Plaintiff-Appellant Columbia Sportswear North America, Inc. ("Columbia") submits this letter of its intention to use visual aids at the oral argument scheduled before this Court at 10:00 a.m. on January 12, 2023. Specifically, Columbia reserves the right to present the following three demonstrative exhibits used at the 2021 trial in this matter:

PDX 327

PDX 321

DDX 445

Best regards,

Nika Aldrich

NFA:sjb

cc:    All Counsel of Record