# United States Court of Appeals for the Federal Circuit

---

**COLUMBIA SPORTSWEAR NORTH AMERICA, INC.,**

*Plaintiff-Appellant*

v.

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**

*Defendant-Cross-Appellant*

---

2021-2299, 2021-2338

---

Appeals from the United States District Court for the Southern District of California in No. 3:17-cv-01781-HZ, Judge Marco A. Hernandez.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

                                            FOR THE COURT

September 15, 2023
    Date                                    /s/ Jarrett B. Perlow
                                              Jarrett B. Perlow
                                              Clerk of Court